The People of the State of New York, Respondent, v Anthony Pinnock, Appellant. [863 NYS2d 386]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Firetog, J.), imposed February 16, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Miller, Balkin and Belen, JJ., concur.